**Paul H. BUCH and Howard M. Groff, Plaintiffs-Appellants, v. Isaac SIEGEL, Individually and as Trustee in Bankruptcy of Sanat Refrigerating Company, a New Jersey Corporation, and Bernard A. Grossman, Individually and as Attorney for Isaac Siegel, Trustee, Defendants-Appellees.**

Circuit Court of Appeals, Second Circuit.
April 15, 1929.

No. 286.

Theodore F. Von Dorn, of New York City, for appellants.

Bernard A. Grossman, of New York City, for appellees.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Appeal dismissed, on the authority of Dickinson v. Sunday Creek

Co. (C. C. A.) 178 F. 78, J. W. Darling Lumber Co. v. Porter (C. C. A.) 256 F. 455, and City and County of San Francisco v. McLaughlin (C. C. A.) 9 F.(2d) 390.